TAN N NGUYEN

United States Courts
Southern District of Texas
FILED

JUL 02 2019

David J. Bradley, Clerk of Court

V.

THE UNITED STATES

# COMPLAINT

**Notes**

I am living in United States, currency is United States Dollar on paper that says FEDERAL RESERVE NOTES and THIS NOTE IS LEGAL TENDER FOR ALL DEBTS, PUBLIC AND PRIVATE, as far as I know it is printed by U.S Bureau of Engraving and Printing.

However, I have never been given right to use or be printed, I want to gain right to use and receive 2 billion.

**Work**

As I know United States is a charter member of United Nations and one of five permanent members of UN Security Council.

I have a sole member LLC named THE GREYVALLEY GROUP with a specialization in real estate purchasing filed in Texas.

I want to receive 30 billion Euros based on Universal Declaration of Human Rights Article 23 (1) (3)

**Become a citizen**

On April 10, 2019, according to https://www.uscis.gov I can register to become a US citizen, as the law must be 5 years or more but it is unclear why on above date.

I want to become a citizen at any time, freedom to live in United States become a US-funded citizen, and get the funding I want.

I know it is necessary to make Oath of Allegiance, I have a piece of

land that is used with other people in VietNam and I want compensation before or after if i can become a citizen at a price of 460 trillion VND.

All currencies in this complaint can be converted into USD.

I am Tan N Nguyen resides at 4400 Boone Rd, #203, Houston, TX, 77072

I declare under penalty of perjury that the foregoing is true and correct.

